UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES KYLE MILLER,

    Plaintiff,

v.

KELLEY RYBICKI et al.,

    Defendants.
_____/

Case No. 15-cv-12984
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendants' Motions for Summary Judgment, dated April 25, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                        DAVID J. WEAVER
                                      CLERK OF COURT

                            By:    s/Holly A. Monda
                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 25, 2017
Detroit, Michigan